

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-24-1995

# Whittle v Local 641

Precedential or Non-Precedential:

Docket 94-5334

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Whittle v Local 641" (1995). *1995 Decisions.* Paper 141.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/141

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No. 94-5334


MICHAEL J. WHITTLE; JAMES CALANDRILLO,
                                    Appellants

V.

LOCAL 641, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA,
      AFL-CIO; YELLOW FREIGHT SYSTEM, INC.


ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civil No. 91-04235)


Argued January 12, 1995

Before:  COWEN, NYGAARD and ALITO, Circuit Judges


ORDER VACATING PRIOR OPINION



It is ordered that the opinion and judgment, having been mistakenly refiled on May 19, 1995 be vacated and amended as reflected in the attached opinion.

                              BY THE COURT


                              \s\ Richard L. Nygaard

                              Circuit Judge

Dated: May 24, 1995